# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| LARRY D. WRIGHT JR., <br><br> Plaintiff, <br><br> v. <br><br> LESA SHOE, et al., <br><br> Defendants. | Civil Action 7:11-CV-74 (HL) |

## ORDER

The Recommendation (Doc. 13) of United States Magistrate Judge Thomas Q. Langstaff, entered August 1, 2011, is before the Court. Judge Langstaff recommends that Defendants Jones and Fields be dismissed from the case without prejudice, and that the case move forward as to Defendants Shoe and Cruz.

Plaintiff has filed an objection to the Recommendation to dismiss Defendants Jones and Fields. The Court has made a *de novo* review of that portion of the Recommendation. After careful consideration, the Court agrees with Judge Langstaff that Defendants Jones and Fields should be dismissed from this case.

The Court accepts and adopts the Recommendation (Doc. 13). Defendants Jones and Fields are dismissed from the case without prejudice. The case is

returned to Judge Langstaff for further proceedings with regard to Defendants Shoe and Cruz.

    **SO ORDERED**, this the 8th day of September, 2011.

                              *s/Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh