# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| LARRY D. WRIGHT JR., <br><br> Plaintiff, <br><br> v. <br><br> LESA SHOE and EUGENE CREWS, M.D., <br><br> Defendants. | Civil Action 7:11-CV-74 (HL) |

## ORDER

The Recommendation (Doc. 31) of United States Magistrate Judge Thomas Q. Langstaff, entered October 11, 2011, is before the Court. Judge Langstaff recommends that Plaintiff's Motion for Temporary Restraining Order (Doc. 18) be denied.

Plaintiff has filed an objection to the Recommendation. The Court has made a *de novo* review of the Recommendation, and after careful consideration, the Court accepts and adopts the Recommendation. Plaintiff has not shown that he is entitled to injunctive relief. Plaintiff's objection is overruled, and his Motion for Temporary Restraining Order is denied.

The Clerk of Court is directed to amend the docket to reflect the proper name of Defendant Cruz, which is Eugene Crews, M.D.

**SO ORDERED**, this the 28th day of October, 2011.

*s/Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh