IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**LARRY D. WRIGHT JR.,**

    Plaintiff,

v.

**LESA SHOE and EUGENE CREWS, M.D.,**

    Defendants.

Civil Action No. 7:11-CV-74 (HL)

**ORDER**

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 48), entered on May 1, 2012. Judge Langstaff recommends that the Motion to Dismiss filed by Defendants Shoe and Crews (Doc. 28) be granted. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error, and finds no error. The Recommendation is accepted and adopted. The Motion to Dismiss (Doc. 28) is granted. Plaintiff's Motion for More Definite Statement (Doc. 50) and Motion to Appoint Counsel (Doc. 51) are denied.

**SO ORDERED**, this the 24th day of May, 2012.

                *s/ Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

mbh